ORIGINAL

**FILED**

03/16/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0058

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Cause No. DA 20-0058

IN RE THE MARRIAGE OF:      )
                      )

**NANCY CAROL CHASE,**      )
                      )

    Petitioner-Appellee,    )
                      )

and                       )
                      )

**MARK STEVEN CHASE,**      )
                      )

    Respondent-Appellant.   )

FILED

MAR 16 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## ORDER FOR EXTENSION OF TIME TO FILE
## APPELLANT'S OPENING BRIEF

## ON APPEAL FROM THE MONTANA THIRTEENTH JUDICIAL DISTRICT
## YELLOWSTONE COUNTY, HONORABLE PRESIDING MATTHEW J. WALD
## DISTRICT COURT CAUSE NO. DR 17-41

Appearances:

**For Petitioner/Appellee:**
Jill Deanne LaRance
LaRance & Syth, P.C.
PO Box 1456
Billings MT. 59103-1456
Telephone: (406) 254-9663
Facsimile: (406) 254-9725
Email: jdlarance@laranceandsyth.com

**For Respondent/Appellee:**
Linda L. Harris
Harris Law Firm, P.C.
Old Chamber Building, Suite 100
Billings, MT. 59101-1260
Telephone and Facsimile: (406)259-4402
Email: llharrislaw@outlook.com

Appellant, Mark Steven Chase, has filed a Motion For Extension Of Time to File Appellant's Opening Brief. Said Motion states good cause for the extension of requested and states further that counsel for Appellee does not object to the extension requested.

IT IS HEREBY ORDERED Appellant's Motion For Extension Of Time to File Appellant's Opening Brief is GRANTED. Appellant shall file his opening brief on or before April 13, 2020.

Copies of this Order shall be provided to all parties of record.

DATED this _16_ of March, 2020.